274

652 A.2d 295

COMMONWEALTH of Pennsylvania, Appellant,

v.

Kenneth MORGAN.

Supreme Court of Pennsylvania.

Argued Dec. 8, 1994.

Decided Dec. 30, 1994.

Joseph J. Mittleman, Dennis C. McAndrews, Media, for Com.

Patrick J. Connors, Media, William E. Ruane, Lansdowne, for K. Morgan.

Before NIX, C.J. and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

CASTILLE, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.